AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>**Gaspar Elias Sanchez Hernandez** | )<br>)<br>)<br>)  Case No.  26-1434 MJ<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2, 2026 _____ in the county of _____ Otero _____ in the

State and ___ District of ___ New Mexico ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Approximately 5.68 Kilograms of Cocaine |

This criminal complaint is based on these facts:

See attached "Affidavit"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jose Alberto Contreras, HSI Special Agent
_____
*Printed name and title*

Electronically submitted and telephonically Sworn to before me. —by phone.

Date: April 3, 2026

_____
*Judge's signature*

City and state: _____ Las Cruces, New Mexico _____

Jerry H. Ritter, United States Magistrate Judge
_____
*Printed name and title*

United States of America

v.

Gaspar Elias Sanchez Hernandez

On April 1, 2026, at approximately 11:34pm, New Mexico State Police (NMSP) officer conducted a traffic stop on a Gray 2020 Nissan Rogue bearing Texas license plate VVW0080, near the intersection of US-54 and US-70, in Alamogordo, New Mexico, for crossing the right, solid white line. The driver, Gaspar Elias Sanchez Hernandez, hereafter referred to as Sanchez, was issued four written warnings for various traffic violations.

After issuing the warnings, Sanchez was advised he was free to leave. As Sanchez walked back towards his vehicle, the NMSP officer asked Sanchez if he would be willing to answer additional questions about his travel. Sanchez agreed to the consensual encounter and stated that he was traveling to Albuquerque to work. Sanchez stated that he was going to paint a house in Albuquerque but could not provide the address of the house. Sanchez stated that he was going to stay at a house in Albuquerque rented by other workers but could not provide the address. Sanchez did not have any text messages to corroborate his supposed travel to Albuquerque.

Due to inconsistencies with Sanchez' story, the NMSP officer asked Sanchez for consent to search the vehicle and Sanchez granted verbal consent. The consensual search of the vehicle revealed five (5) vacuum-sealed packages of a white powdery substance concealed underneath the driver's seat and rear bench within the vehicle.

At the HSI Office, HSI agents cut into one of the vacuum-sealed packages revealing a white powdery substance. The substance field-tested positive for the properties of cocaine. The cocaine had a gross weight of approximately 5.68 kilograms.

During a post-Miranda interview, Sanchez stated that he agreed to transport and deliver the five (5) vacuum-sealed packages which he suspected contained cocaine from El Paso, Texas to Denver, Colorado. Sanchez stated that, if successful, he was going to be paid between $800 to $1,000 for every package delivered, in Juarez, Chihuahua, Mexico.

AUSA Joni Stahl authorized prosecution of Sanchez for violation of 21 U.S.C. § 841 – Possession with Intent to Distribute Approximately 5.68 Kilograms of Cocaine.

**Jose Alberto Contreras**
Special Agent
Homeland Security Investigations

Electronically submitted and telephonically Sworn to before me on this 3rd day of April, 2026.

**Jerry H. Ritter**
United States Magistrate Judge